KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BING XIA, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director of United States Citizenship and Immigration Services; DAVID N. STILL, San Francisco District Director of United States Citizenship and Immigration Services; ROBERT S. MUELLER, Director of Federal Bureau of Investigation, <br><br> Defendants. | No. C 06-6923 CRB <br><br> STIPULATION TO DISMISS; AND [PROPOSED] ORDER |

   Plaintiff, appearing *pro se*, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the above-entitled action without prejudice in light of the fact that the United States Citizenship and Immigration Services is now prepared to grant Plaintiff's application for naturalization and agrees to do so within 30 days of the dismissal of this action.

   Each of the parties shall bear their own costs and fees.

///

Stip. to Dismiss
C06-6923 CRB                                       1

1 | Dated: January 9, 2007

Respectfully submitted,

KEVIN V. RYAN
United States Attorney

ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

8 | Dated: January 9, 2007

*See faxed signature*
BING XIA
*Pro se*

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: January 10, 2007

CHARLES R. BREYER
United States District Judge

Stip. to Dismiss
C06-6923 CRB

2

1 | Dated: January ____, 2007    Respectfully submitted,

2 |                               KEVIN V. RYAN
                                  United States Attorney
3 |

4 |                               _____
                                  ILA C. DEISS
5 |                               Assistant United States Attorney
                                  Attorneys for Defendants
6 |

7 |

8 | Dated: January 09, 2007       _____
                                  BING XIA
9 |                               *Pro se*

10 |

11 |

12 |                              **ORDER**

13 | Pursuant to stipulation, IT IS SO ORDERED.

14 |

15 |
    Date:
16 |                              _____
                                  CHARLES R. BREYER
17 |                              United States District Judge

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

Stip. to Dismiss
C06-6923 CRB                         2